# PD-1064&1065-15

COA AFFIRMED – 05/28/2015

COA REHEARING DUE 06/12/2015

PDR DUE 06/29/2015

EXT PDR DUE 07/14/2015

[AN UNTIMELY FILED MOTION FOR REHEARING DOES NOT AFFECT APPELLATE TIME LINES – RULE 68.2(a)]

COA REH WAS FILED 07/20/2015 AND DENIED 07/28/2015

Grant
Judge Best
Richardson

NO. 05-14-00962-CR
NO. 05-14-00963-CR

In THE
COURT of Criminal APPEALS
Austin, Texas,

RECEIVED
Court of Appeals
AUG 10 2015
Lisa Matz
Clerk, 5th District

ALLEN HO
V.
THE STATE of TEXAS

From Appeal No. 05-14-00962-CR
05-14-00963-CR
Trial Cause No. F13-58092-J,
F13-58094-J

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

Dallas County

First Motion For Extension of TiME To FiLE
PETiTiON FoR DiScReTioNary Review.

To THE Honorable Judges of THE CourT of Criminal Appeals:

Comes now ALLEN Ho          , Petitioner, and files this motion for an Extension of Sixty (60) days in which to file a petition for discretionary review, In Support of this motion, Appellant shows the Court the following:

I.

THE petitioner was Convicted in the No. 3 District Court of Dallas County, Texas of the offense of Agg. Robbery In Cause No. F13-58092J F13-58094 Styled State of Texas VS. ALLEN HO          , THE Petitioner appealed to tHE Court of APPeALS, Justice Filmor Supreme Judicial District.

THE CASE Was Affirmed on May 28, 2015 .

## II.

THE PRESENT Deadline for filing the Petitioner for Discretionary Review is _June 19, 2015_, THE Petitioner HAS NOT Requested any extension Prior to this Request.

## III.

Petitioners Request for An Extension is BAsed upon the following facts: Petitioner WAS not informed of the Descision of the Court of Appeals in affirming his case until _May 28, 2015_, Since that time petitioner has been attempting to gain legal representation in this matter. His Attorney on the Appeal _Sharita_, _Blacknall_, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. _05-14-00962-CR_ _05-14-00963-CR_ to _July 19, 2015_.

_ALLEN HO_
Petitioner, Pro Se
Texas Department of Criminal Justice
Formby unit
TDCJ-ID # _1945313_
_Dallas_, Texas

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First motion for Extension of time to file a petition for Discretionary Review, has been forwarded by U.S. Mail, Postage pre-paid, First class, to the Attorney for State, County Road aa, 998, at Plainview, Tx 79072 . and to the STATE Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 19 day of June , 2015.

ALLEN HO

Petitioner of, Pro Se

I, Allen Ho , TDCJ# 1945313 being presently incarcerated in the Formby Unit of the texas Department of Criminal Justice in Dallas County, Texas, Verify and Declare under penalty of perjury that the foregoing statements are true and Correct. Executed on this the 19 day of June , 2015.

_____ , TDCJ# 1945313